# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **STEVEN CLARENCE HOLMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **1:09CV778** |
| | ) | **1:08CR35-1** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## O R D E R

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence.  In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this Order.

**IT IS SO ORDERED.**


_____/s/ Donald P. Dietrich_____
**Donald P. Dietrich, U.S. Magistrate Judge**

October 15, 2009